WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Cynthia BIANCO, | ) | No. CIV 06-1103-PHX-SMM |
| Plaintiff, | ) ) | **ORDER** |
| v. | ) ) | |
| Jo Anne BARNHART, Commissioner of Social Security Administration, | ) ) ) | |
| Defendant. | ) ) ) ) | |

Pending before the Court is the parties' Stipulation to Summary Judgment Schedule. [Doc. No. 15]  Good cause appearing,

**IT IS ORDERED** the parties' Stipulation to Summary Judgment Schedule [Doc. No. 15] is **GRANTED**.  Plaintiff shall have through **February 27, 2007** to file a Motion for Summary Judgment.

**IT IS FURTHER ORDERED** that all other provisions from the Court's Scheduling Order dated May 11, 2006, remain in full force and effect.

DATED this 18th day of December, 2006.

Stephen M. McNamee
United States District Judge