**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Cynthia BIANCO,                    )    No. CIV 06-1103-PHX-SMM
                                   )
        Plaintiff,                 )    **ORDER**
                                   )
v.                                 )
                                   )
Jo Anne BARNHART, Commissioner of  )
Social Security Administration,    )
                                   )
        Defendant.                 )
                                   )
                                   )

Pending before the Court is the parties' third Stipulation to Summary Judgment Schedule. [Doc. No. 19]  Good cause appearing,

**IT IS ORDERED** the parties' Stipulation to Summary Judgment Schedule [Doc. No. 19] is **GRANTED**.  Plaintiff shall have through **April 16, 2007** to file a Motion for Summary Judgment.  **NO FURTHER EXTENSIONS SHALL BE GRANTED.**

**IT IS FURTHER ORDERED** that all other provisions from the Court's Scheduling Order dated May 11, 2006, remain in full force and effect.

DATED this 2nd day of April, 2007.

Stephen M. McNamee
United States District Judge