**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cynthia BIANCO, | No. CIV 06-1103-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Jo Anne BARNHART, Commissioner of Social Security Administration, | |
| Defendant. | |

Pending before the Court is the parties' fourth Stipulation to Summary Judgment Schedule. [Doc. No. 26] Good cause appearing,

**IT IS ORDERED** the parties' Stipulation to Summary Judgment Schedule [Doc. No. 26] is **GRANTED**. Plaintiff shall have through **June 5, 2007** to file a Reply in Support of her Motion for Summary Judgment. **COUNSEL FOR PLAINTIFF IS WARNED THAT NO FURTHER EXTENSIONS SHALL BE GRANTED.**

**IT IS FURTHER ORDERED** that all other provisions from the Court's Scheduling Order dated May 11, 2006, remain in full force and effect.

DATED this 29th day of May, 2007.

Stephen M. McNamee
United States District Judge